# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARVIN AGUILAR-LOPEZ | No. 2:25-mj-00107-KFW |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Scott M. Hanton, Border Patrol Agent of the United States Border Patrol, being first duly sworn, hereby depose and state as follows:

1. I am a Border Patrol Agent-Intelligence with the United States Border Patrol ("USBP"), currently assigned to the Houlton Sector Intelligence Unit in Hodgdon, Maine. I have been an agent with the USBP since November 29, 2010. I completed the USBP Academy in February of 2011, where I received instruction in constitutional law, immigration law, criminal law, and federal and civil statutes. I have also received training in the detection, interdiction, and arrest of narcotics smugglers, alien smugglers, and aliens illegally present in the United States. In the course of my employment with USBP, I have been assigned to the Highway 90 and Highway 80 immigration checkpoints in Arizona, where I was the primary agent for multiple narcotic and human smuggling cases.

2. From March 2020 to August 2022, I was assigned as a Case Agent for the Tucson Sector Prosecution Unit. I have conducted numerous criminal investigations involving illicit activity and have gathered and structured evidence and facts pertaining to administrative and criminal immigration cases. In the course of my duties, I have taken sworn statements from material witnesses and suspects. I routinely perform

record checks through various law enforcement databases to establish accuracy of information as well as to gather facts further relevant to a respective case. I have acted as a liaison between the United States Attorney's Office and field agents, and I have assisted fellow agents in the development of their cases. I am currently assigned to collateral duty as a Houlton Sector Prosecutions Case Manager within the Law Enforcement and Operations Division.

3. I make this affidavit in support of a Criminal Complaint charging Marvin AGUILAR-Lopez with one count of Illegal Re-Entry After Deportation, in violation of Title 8, United States Code, Section 1326(a). The information contained in this affidavit is based on my review of reports prepared by other law enforcement officers and conversations with involved personnel, as well as my training and experience as a prosecution case agent.

## STATEMENT OF PROBABLE CAUSE

4. On March 12, 2025, at approximately 12:55 AM, a Border Patrol Agent ("BPA") assigned to the Calais Border Patrol Station was contacted by Old Orchard Beach Police (OOBPD) officers that indicated they had performed a motor vehicle stop for driving at night without taillights near 189 Saco Avenue, Old Orchard Beach, Maine. The reporting officer informed the BPA that the driver and sole occupant of the vehicle, a 2010 Volkswagen Jetta bearing a Maine registration, had presented an international driver's license with no other supporting documents. Officers were unable to verify the individual's identification, which lead them to call the BPA for assistance. The officer indicated to the BPA that the name on the identification was Marvin AGUILAR-LOPEZ and that officers had learned the individual was from Guatemala.

5.  At approximately 1:29 AM, the BPA arrived at the scene. The BPA approached the subject, who was standing outside of the vehicle speaking with the OOBPD officers. The BPA heard the subject (later confirmed to be Marvin AGUILAR-Lopez) speaking to the officers in the Spanish language. The BPA joined the conversation and conducted the remainder of the field interview in the Spanish language. AGUILAR-LOPEZ indicated to the BPA that he was a citizen of Guatemala. When asked if he had any immigration documents that would allow him to enter or remain in the United States, AGUILAR-LOPEZ stated that he only had a Guatemalan passport at his house. The BPA then placed AGUILAR-LOPEZ into immigration custody and placed him in the back of his marked service vehicle. The BPA subsequently read AGUILAR-LOPEZ his rights in the Spanish language, who stated that he understood his rights. The BPA informed AGUILAR-LOPEZ that he was being detained for being illegally present in the United States.

6.  A records check of AGUILAR-LOPEZ found no potential claim to United States Citizenship. The records check also determined that AGUILAR-LOPEZ had been previously removed from the United States on about June 8, 2023, through Alexandria, Louisiana. AGUILAR-LOPEZ stated to Border Patrol that he does not possess any immigration documents that would allow him to enter, remain in, or pass through the United States.

7.  Based on my training and experience, and supported by the foregoing facts, I have probable cause to believe the defendant violated Title 8, United States Code, Section 1326(a). I respectfully request that the accompanying Criminal Complaint be issued.

8.  I, Scott M. Hanton, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and believe, and I make this oath under pains and penalties of perjury.

_____
Scott Hanton
Border Patrol Agent
U.S. Border Patrol

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Mar 18 2025

City and state: Portland, Maine

_____
Judge's signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title